IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN MCKINNEY WIEGERT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 2082 |
| | ) | |
| v. | ) | Judge Milton Shadur |
| | ) | |
| NEWLY WEDS FOODS, INC., a | ) | Magistrate Judge Jeffrey Cole |
| Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Susan McKinney Wiegert, by her attorney, Glenn R. Gaffney, pursuant to the terms and conditions of the last order entered in this cause does hereby stipulate that Plaintiff has received settlement proceeds pursuant to the terms of the parties' settlement agreement and has no objection to entry of a final order of dismissal, with prejudice and without costs.

s/ Glenn R. Gaffney_____
Glenn R. Gaffney
Attorney for Plaintiff

Glenn R. Gaffney
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200
#6180598